Brian Del Gatto, Esq.
Arizona Bar No. 033591
Dameon T. Cons, Esq.
Arizona Bar No. 035744
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
2720 E. Camelback Road, Suite 210
Phoenix, Arizona  85016
P – (480) 562-3660
F – (480) 562-3659
Brian.DelGatto@wilsonelser.com
Dameon.Cons@wilsonelser.com
*Attorneys for Defendant InTown Suites Chandler Boulevard, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wanda Waldon, an individual,<br><br>       Plaintiff,<br>   vs.<br><br>InTown Suites, a foreign corporation,<br><br>       Defendants. | Case No. _____<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b)** |

    Pursuant to 28 U.S.C. §§ 1332 and 1441, et. seq., Defendant InTown Suites, ("Defendant") by and through its undersigned counsel, hereby petitions this Court for the removal of the above-captioned case from the Superior Court of the State of Arizona, in and for the County of Maricopa, filed under Civil Case No. CV2021-001485.

    1.    Plaintiff filed a Complaint in the Maricopa County Superior Court, Arizona, Civil Division on or about January 27, 2021, commencing the action

1

11581504v.1

*Wanda Waldon v. InTown Suites* (Case No. CV2021-001485). A copy of the Complaint is attached hereto as **Exhibit 1**.

2. Plaintiff incorrectly identified Defendant as "InTown Suites" instead of its true entity name as InTown Suites Chandler Boulevard, LLC, a Delaware Limited Liability Company. (*see* **Exh. 1** at ¶ 4).

3. Defendant's Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), because Plaintiff served the Complaint and Summons on Defendant on February 9, 2021; within 30 days of this Notice of Removal

4. All Defendants who have been properly joined and served in this action to date consent to the removal of this action, pursuant to 28 U.S.C. § 1446 (b) (2) (A).

5. Defendant's responsive pleading will be filed within seven days of the filing of this Notice of Removal, pursuant to Fed. R. Civ. P. 81 (c) (2) (C).

6. This Court has diversity jurisdiction under 28 U.S.C. § 1332, as Plaintiff and Defendant are citizens of different states, and the amount in controversy exceeds $75,000.00.

7. Plaintiff is a citizen of Arizona. (*see* **Exh. 1** at ¶ 1).

8. Defendant is incorporated in Delaware and has its principal place of business in Atlanta, Georgia and therefore a citizen of Georgia pursuant to 28 U.S.C. § 1332 (c) (1).

9. Plaintiff has alleged damages in this action that exceed $75,000.00 from Defendant's alleged actions or conduct including committing an intentional tort, property damage, trespass, theft, hostile acts, breach of the implied contract, hate crimes, and conspiracy to intentionally harm others. (*see* **Exh. 1** at ¶ 2; 5-10).

10. This case is properly removed to this Court pursuant to diversity jurisdiction.

11. As such, all of the requirements for removal of the state court action to this court under 28 U.S.C. § 1446 have been met.

11581504v.1

12. True and correct copies of all pleadings on file with the Superior Court of the State of Arizona, in and for the County of Maricopa, are attached hereto as **Exhibit 2**.

13. Defendant has filed a Notice of Filing Notice of Removal in the Superior Court of the State of Arizona, in and for the County of Maricopa. A true and correct copy of this Notice is attached as **Exhibit 3**.

WHEREFORE, Defendant respectfully requests that this action be removed to this Court.

RESPECTFULLY SUBMITTED this 11th day of March, 2021.

          WILSON, ELSER, MOSKOWITZ,
          EDELMAN & DICKER LLP


    By: */s/ Dameon Cons*
          BRIAN DEL GATTO, ESQ.
          DAMEON T. CONS, ESQ.
          *Attorneys for Defendant InTown Suites*

/ / / /

11581504v.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2021, the foregoing document entitled, **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b)** was e-filed and served via electronic service through the United States District Court for the District of Arizona's ECF System on the following person(s):

Wanda Waldon
230 South 12th Avenue
Phoenix, AZ  85007
Waldonwanda@yahoo.com
*Pro Se Plaintiff*


By: /s/ *Leanna Levine*

11581504v.1